**CHIEF JUSTICE**
  ROGELIO VALDEZ

**JUSTICES**
  NELDA V. RODRIGUEZ
  DORI CONTRERAS GARZA
  GINA M. BENAVIDES
  GREGORY T. PERKES
  NORA L. LONGORIA

**CLERK**
  DORIAN E. RAMIREZ



# Court of Appeals

## Thirteenth District of Texas

NUECES COUNTY COURTHOUSE
901 LEOPARD, 10TH FLOOR
CORPUS CHRISTI, TEXAS 78401
361-888-0416 (TEL)
361-888-0794 (FAX)

HIDALGO COUNTY
ADMINISTRATION BLDG.
100 E. CANO, 5TH FLOOR
EDINBURG, TEXAS 78539
956-318-2405 (TEL)
956-318-2403 (FAX)

*www.txcourts.gov/13thcoa*

September 1, 2015

Hon. Abel Acosta
Court of Criminal Appeals
201 W. 14th Street, Room 106
Austin TX 78701

Re:      Cause No. 13-13-00382-CR
Tr.Ct.No.  F12-00533-V
Style:    STEVEN BREED v. THE STATE OF TEXAS

      The record in the above cause was this day electronically submitted to the Court of Criminal Appeals.

Very truly yours,

Dorian E. Ramirez, Clerk

DER:ch

cc:   Mr. Steven Breed
      Hon. Katherine A. Drew (DELIVERED VIA E-MAIL)
      Hon. G. Brian Garrison (DELIVERED VIA E-MAIL)
      Hon. Craig Watkins (DELIVERED VIA E-MAIL)